| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163) |
| | Chief, Civil Division |
| 3 | ELIZABETH KURLAN (CABN 255869) |
| | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7298 |
| 6 | Facsimile: (415) 436-6748 |
| | Elizabeth.Kurlan@usdoj.gov |
| 7 | |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XINGYI XU, | C 4:23-cv-05835 HSG |
| Plaintiff, | |
| v. | **STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER** |
| ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendants to file their motion for summary judgment under the Court's Immigration Mandamus Case Procedural Order (Dkt. No.3). Defendants will file their motion for summary judgment by May 2, 2024. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

Stipulation
C 4:23-cv-05835 HSG

Dated: April 1, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 1, 2024

 */s/ Eric Martin*
ERIC MARTIN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their motion for summary judgment by May 2, 2024.

Date:  4/2/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 4:23-cv-05835 HSG